UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH TRIGLETH | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 23-65 |
| OCEAN BELT MARITIME, INC. and OCEAN LONGEVITY SHIPPING & | * | SECTION: M |
| MANAGEMENT CO., LTD. | * | MAGISTRATE: 4 |

* * * * * * *

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes the plaintiff, JOSEPH TRIGLETH, who respectfully submits the following list of witnesses and exhibits in the captioned matter:

**WITNESSES**

Plaintiff may call the following witnesses at trial:

1. Joseph Trigleth – plaintiff

2. G. Randolph Rice, Ph.D.
   7048 Moniteau Court
   Baton Rouge, LA 70809
   Expert economist.

3. Ashley G. Lastrapes, Ph.D., CRC, CCM, CLCP, LPC-S, LRC
   Stokes & Associates
   3501 N. Causeway Blvd., Suite 900
   Metairie, LA 70002
   Expert, vocational rehabilitation/life care planning.

4. Captain Ronald L. Campana
   104 Abadie Lane
   Covington, LA
   Marine Expert – Marine Surveyor/Port Captain/Master

5. Matthew J. Mazoch, M.D.
Alan C. Schroeder, M.D.
Bone & Joint Clinic of Baton Rouge
7301 Hennessy Blvd.
Baton Rouge, LA 70808

6. Dr. Ashraf F. Guirgues
Emergo Ortho
3714 Guardian Ave., Ste. E
Morehead City, NC 78557

7. Garlon L. Campbell, Jr. MD
Emerge Ortho
534N 35th St.
Morehead City, NC 28557

8. Afshin Tamadon, M.D.
Rehabilitation Medicine Services
1914 Meeting Court
Wilmington, NC 28401

9. Julie A. Cooper, PT
Carteret Healthcare (Physical Therapy)
3722 Bridges Street
Morehead City, MC 28557

10. Robert Nicholson, MD
Ella Digby, PA
Jacob Schrieffer, FNP-C
Gulf Coast Occupational Medicine
15839 Airline Highway
Baton Rouge, LA 70817

11. Jerome Wollforth, PT
Star Physical Therapy – Folsom
82205 Highway 25
Folsom, LA 70437-6123

12. Dylan Mascarenas, PT, DPT, OCS, ATC
Certified Functional Evaluator
Benchmark Physical Therapy
409 U.S. Highway 117N
Burgaw, NC 28425

13. Kevin Tabb

14. Bradley Lerille

15. Joe Neck

16. Jason Landry

17. Jason Weeg

18. Byron Borne

19. Zenas Fruge

20. Chris Williams

21. Rickey Jackson

22. Willie Azema

23. Donald Getz, M.D.

24. Cooper Consolidated employees to be identified as discovery continues

25. OCEAN BELT crewmembers to be identified and/or produced as discovery continues

26. Any witness whose identity may become known as discovery continues

27. Any witness necessary for the authentication of records

28. Any witness listed or called by any other party.

**EXHIBITS**

Plaintiff may offer and introduce the following exhibits:

1. Plaintiff's medical records and medical bills, including medical records and bills from the health care providers identified as witnesses

2. Photographs, diagrams, drawings, videos and other representations of the M/V OCEAN BELT

3. Cooper Consolidated "Prevention of Accidents" form (also referred to as "Predischarge Terms")

4. Cooper Consolidated "Ship Mooring Terminal Tariff for Locations on the Lower Mississippi River"

5. Cooper Consolidated "Bulk Commodity Transfer Agreement"

6. Cooper Consolidated Daily Operations Logs

7. Cooper Consolidated Flag Reports

8. Cooper Consolidated Loss Control Checklists

9. Cooper Consolidated Claims Notice (Preliminary Report)

10. Cooper Consolidated Employee Incident/Injury Preliminary Report

11. Cooper Consolidated Pre-Shift Safety Meeting reports

12. Supervisor's Investigation Report of Employee Accident/Illness

13. Vessel Supervisor job description

14. Charter Party Agreements and Riders

15. Bills of Lading

16. M/V OCEAN BELT Deck Logs

17. Ocean Belt Survey Status report

18. OCEAN BELT General Arrangement Plan

19. OCEAN BELT Cargo Operation Book

20. OCEAN BELT Visitor Log

21. OCEAN BELT Deck Maintenance Report

22. OCEAN BELT Port Log/Statement of Facts

23. OCEAN BELT Certificate of Registry

24. OCEAN BELT Fixture Note

25. OCEAN BELT Emails

26. Ocean Longevity Policy and Safety Management Manual

27. Plaintiff's earnings and income records, including tax returns, payroll records and Social Security Earnings Statement

28. Plaintiff's expert reports and attachments

29. Any exhibit produced or identified as discovery continues

30. Any exhibit listed or used by any other party.

RESPECTFULLY SUBMITTED:

s/ David C. Whitmore

LAWRENCE BLAKE JONES (7495)
DAVID C. WHITMORE (17864)
BLAKE JONES LAW FIRM, LLC
701 Poydras Street, Suite 4100
New Orleans, Louisiana 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 5th day of March, 2025, a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record that have elected e-notification by operation of the court's electronic filing system.

s/ David C. Whitmore