**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOSEPH TRIGLETH** | * | **CIVIL ACTION** |
| **Plaintiff** | * | **NO. 2:23-cv-00065** |
| **VERSUS** | * | **SECTION M, DIVISION 4** |
| **OCEAN BELT MARITIME, INC. and OCEAN LONGEVITY SHIPPING & MANAGEMENT CO., LTD.** | * | **JUDGE BARRY W. ASHE** |
| **Defendants** | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Defendants, Ocean Belt Maritime, Inc. and Ocean Longevity Shipping & Management Co., Ltd. (hereinafter "Defendants"), and pursuant to the Court's Scheduling Order (Rec. Doc. 32), submit the following list of witnesses who may or will be called and exhibits that may or will be used at trial of this matter, which may be amended and/or supplemented as discovery in this matter proceeds, and subject to the final witness and exhibit lists to be submitted with the pretrial order:

## PRELIMINARY LIST OF WITNESSES

Defendant, Ocean Belt Maritime, Inc. and Ocean Longevity Shipping & Management Co., Ltd. (hereinafter "Defendants"), may call the following witnesses at trial:

1. Joseph Trigleth

   303 Hidden Bay Drive
   Cedar Point, NC 28584
   252-241-9590

2. Jennifer St. John
   via Plaintiff
   303 Hidden Bay Drive
   Cedar Point, NC 28584
   252-241-9590

3. Keith Tamplain, Security Supervisor
   Cooper Consolidated, LLC via The Cooper Group
   118 N. Royal Street
   Mobile, AL 36602
   251-431-6100

4. Byron Borne, Safety
   Cooper Consolidated, LLC via The Cooper Group
   118 N. Royal Street
   Mobile, AL 36602
   251-431-6100

5. Alan G. Brackett
   Mouledoux, Bland, Legrand & Brackett, LLC.
   701 Poydras Street, Suite 600
   New Orleans, LA 70139
   504-595-3000

6. Signatories of the M/V OCEAN BELT's relevant log books on the date of the alleged incident, including but not limited to the following:

   a. Master, Chai Qin (no longer employed)
      Address not currently known

   b. Chief Officer, Zhang Xu
      Address not currently known

7. Jason Landry
   Cooper Consolidated, LLC via The Cooper Group
   118 N. Royal Street
   Mobile, AL 36602
   251-431-6100

8. Joe Keith
   Cooper Consolidated, LLC via The Cooper Group
   118 N. Royal Street
   Mobile, AL 36602
   251-431-6100

9. Danny Brown
Cooper Consolidated, LLC via The Cooper Group
118 N. Royal Street
Mobile, AL 36602
251-431-6100

10. Zenas Fruge
Cooper Consolidated, LLC via The Cooper Group
118 N. Royal Street
Mobile, AL 36602
251-431-6100

11. Capt. Gajanan Karanjikar – Expert/Surveyor
FMC International LLC
1200 Smith St., Suite 1070
Houston, Texas 77002
832-844-3669

12. Capt. Nan Oo – Expert/Surveyor
FMC International LLC
1200 Smith St., Suite 1070
Houston, Texas 77002
832-844-3669

13. Sanjeev Kumar Gupta – Expert/Surveyor
FMC International LLC
1200 Smith St., Suite 1070
Houston, Texas 77002
832-844-3669

14. Anna Criloo, Traveling Nurse
Contact information not currently known

15. Bryan Watson, Employee of Pure Pottery
Contact information not currently known

16. Larry Watson, Employee of Pure Pottery
Contact information not currently known

17. Rick ?, Pure Pottery owner
Contact information not currently known

18. Joe Neck
Cooper Consolidated, LLC via The Cooper Group
118 N. Royal Street
Mobile, AL 36602
251-431-6100

19. Bradley Durell
Cooper Consolidated, LLC via The Cooper Group
118 N. Royal Street
Mobile, AL 36602
251-431-6100

20. Rob Boswell
Cooper Consolidated, LLC via The Cooper Group
118 N. Royal Street
Mobile, AL 36602
251-431-6100

21. Jody Prejean
Cooper Consolidated, LLC via The Cooper Group
118 N. Royal Street
Mobile, AL 36602
251-431-6100

22. Richard Dobkins, D&K Marine Construction employee
D&K Marine Construction
711 S. Fourth Street
Wilmington, NC 28401

23. Stan Kraeger, D&K Marine Construction employee
D&K Marine Construction
711 S. Fourth Street
Wilmington, NC 28401

24. Bradley Lerille
Cooper Consolidated, LLC via The Cooper Group
118 N. Royal Street
Mobile, AL 36602
251-431-6100

25. Starlett Crigler
Cooper Consolidated, LLC via The Cooper Group
118 N. Royal Street
Mobile, AL 36602
251-431-6100

26. Willie Azema, Flagger
Cooper Consolidated, LLC via The Cooper Group
118 N. Royal Street
Mobile, AL 36602
251-431-6100

27. A representative of American Longshore Mutual Association, Ltd.

28. A representative of The Cooper Group d/b/a Cooper Consolidated, LLC
118 N. Royal Street
Mobile, AL 36602
251-431-6100

29. A representative of The Lincoln National Life Insurance Company
150 N. Radnor – Chester Rd
Radnor, PA 19087

30. Dr. Charles G. Haddad, Jr.
Pontchartrain Orthopaedics & Sports Medicine
3939 Houma Boulevard, Ste. 21
Metairie, Louisiana 70006

31. Kenneth J. Boudreaux, PhD
Consulting Economist
1424 Bordeaux St.
New Orleans, Louisiana 70115

32. Stacie Nunez, MHS, CRC, CLCP
Licensed Rehabilitation Counselor/Certified Life Care Planner
Seyler Favaloro, Ltd.
1615 Poydras St., Ste. 1040
New Orleans, Louisiana 70112

33. Other personnel working for Plaintiff's employer, Cooper Consolidated, LLC ("Cooper"), who witnessed/have knowledge of the alleged incident and Plaintiff's claims relating to the alleged incident

34. Any other person employed or otherwise working aboard or adjacent to the M/V OCEAN BELT and/or the Cooper crane barge MARILYN G on the date of the alleged incident

35. Any crew of the M/V OCEAN BELT who witnessed the alleged incident or have knowledge of the alleged incident

36. Any witness needed for rebuttal and/or impeachment purposes

37. Any witness needed to authenticate or introduce any document or exhibit
38. Any witness listed by any other party not objected to by Defendants or otherwise adverse to Defendants
39. Any person identified in any discovery responses by any party and/or in any subpoena responses by any non-party
40. Any witness deposed or to be deposed after the date of this preliminary witness and exhibit list and prior to the current May 2, 2025 discovery cutoff (and/or any extension of such cutoff)
41. Any witness(es) identified in discovery after the date of this preliminary witness and exhibit list and prior to the current May 2, 2025 discovery cutoff (and/or any extension of such cutoff); and/or identified supplementally pursuant to Rule 26(e)

**PRELIMINARY LIST OF EXHIBITS**

Ocean Belt Maritime, Inc. and Ocean Longevity Shipping & Management Co., Ltd. may introduce the following exhibits at trial:

| | | |
|---|---|---|
| 1. | Incident Report dated January 30, 2021 | 1[1] |
| 2. | Protection & Indemnity Certificate of Entry | 2-4 |
| 3. | MV Ocean Belt Ship Information | 5-7 |
| 4. | Bill of Lading | 8-34 |
| 5. | Charter Party dated November 3, 2020 | 35-38 |
| 6. | Charter Party Rider dated November 3, 2020 | 39-52 |
| 7. | Fixture Note dated November 2, 2020 | 53-56 |
| 8. | Bill of Lading for Vessel: Ocean Belt V015 | 57-91 |
| 9. | Bill of Lading for Vessel: Ocean Belt V015-BL-XIN | 92-126 |
| 10. | Bill of Lading for Vessel: Ocean Belt V015-BL-XIN | 127-153 |
| 11. | M/V Ocean Belt Crew List | 154 |
| 12. | M/V Ocean Belt Visitor Log | 155-184 |
| 13. | Port Log/Statement of Facts for M/V Ocean Belt from January 23, 2021 to February 8, 2021 | 185-203 |
| 14. | Deck Maintenance Report for M/V Ocean Belt for February 2021 | 204-205 |
| 15. | Deck Maintenance Report for M/V Ocean Belt for January 2021 | 206-207 |
| 16. | Cargo Operation Record Book for M/V Ocean Belt for January 25, 2021 through February 1, 2021 | 208-211 |
| 17. | Deck Log Part (NOLA Berth) | 212-229 |
| 18. | M/V Ocean Belt Survey Status | 230-247 |
| 19. | M/V Ocean Belt Survey Status | 248-265 |
| 20. | M/V Ocean Belt Certificate of Registry | 266-267 |

[1] Unless otherwise indicated, the Bates prefix for Bates ranges in the Exhibit List is "OceanBelt-."

| | | |
|---|---|---|
| 21. | Ocean Longevity Shipping & Management Co., Ltd. Policy and Safety Management Manual (001-Consolidated Edition 2011) | 268-286 |
| 22. | General Arrangement M.S. Ocean Belt Schematic 2020 | 287 |
| 23. | Email dated January 22, 2021 from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Noon Report | 288-289 |
| 24. | Email dated January 23, 2021 from Ocean Belt to Joe Tilley cc: ops, USA ENOA/D Trinity Shipping Inc.; OLONG HK – Biz; Subject: Re: MV Ocean Belt – NOR with Notice of Readiness pdf attachment | 290-291 |
| 25. | Email dated January 23, 2021 @ 2:49 AM CST from Ocean Belt to Joe Tilley cc: ops, USA ENOA/D Trinity Shipping Inc.; OLONG HK – Biz; Subject: Re: MV Ocean Belt – Arrival Anchorage Report | 292 |
| 26. | Email dated January 23, 2021 @ 2:50 AM CST from Ocean Belt to OLONG HK; Subject: Re: MV Ocean Belt – Arrival Anchorage Report | 293 |
| 27. | Email dated January 23, 2021 @ 5:36 PM CST from Ocean Belt to OLONG HK; Subject: Re: MV Ocean Belt – Shifting Magnolia Anchorage Report | 294 |
| 28. | Email dated January 23, 2021 @ 5:36 PM CST from Ocean Belt to Joe Tilley, cc: ops, USA ENOA/D Trinity Shipping Inc.; OLONG HK – BIZ; Subject: MV Ocean Belt – Arrival Anchorage Report | 295 |
| 29. | Email dated January 24, 2021 @ 11:11 AM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Daily Anchor Report | 296 |
| 30. | Email dated January 24, 2021 @ 6:06 PM CST from Ocean Belt to Joe Tilley; cc: ops, USA ENOA/D Trinity Shipping Inc., OLONG HK - BIZ; Subject: MV Ocean Belt – Shifting AMA Anchorage Report | 297 |
| 31. | Email dated January 24, 2021 @ 6:06 PM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Shifting AMA Anchorage Report | 298 |
| 32. | Email dated January 25, 2021 @ 7:51 AM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Daily Anchor Report | 299 |
| 33. | Email dated January 25, 2021 @ 12:48 PM CST from Ocean Belt to Joe Tilley, cc: ops, USA ENOA/D Trinity Shipping Inc.; OLONG HK – BIZ; Subject: MV Ocean Belt – Berthing 135 Buoy Report | 300 |

| | | |
|---|---|---|
| 34. | Email dated January 25, 2021 @ 4:46 PM CST from Ocean Belt to OLONG HK; Subject: Ocean Belt Berthing Report with Attachment(s): "OIL SOUNDING RECORD.pdf","BELT S-0503-CHA.pdf","BELT S-0503-SP.pdf","BELT S-0503-SSC.pdf","SOUNDING RECORD.pdf<br><br><u>Attachments:</u><br>Cargo Hold Access Checklist<br>Loading/Unloading Plan<br>Ship/Shore Safety Checklist for Unloading<br>Oil Tank Sounding Record<br>Sounding Record | 301-307 |
| 35. | Email dated January 25, 2021 @ 7:46 PM CST from Ocean Belt to Joe Tilley; cc: ops, USA ENOA/D Trinity Shipping Inc., OLONG HK - BIZ; Subject: MV Ocean Belt – NOR Retendered Form with Attachment(s): "NOR RETENDERED-1.pdf","NOR RETENDERED-2.pdf","NOR RETENDERED-3.pdf"<br><br><u>Attachments:</u><br>Notice of Readiness Date: January 23, 2021<br>Notice of Readiness Date: January 24, 2021<br>Notice of Readiness Date: January 25, 2021 | 308-311 |
| 36. | Email dated January 26, 2021 @ 9:47 AM CST from Ocean Belt to OLONG HK; Subject: Ocean Belt – Daily Report, New Orleans | 312 |
| 37. | Email dated January 27, 2021 @ 8:42 AM CST from Ocean Belt to OLONG HK; Subject: Ocean Belt – Daily Work Report, New Orleans | 313 |
| 38. | Email dated January 28, 2021 @ 8:53 AM CST from Ocean Belt to OLONG HK; Subject: Ocean Belt – Daily Work Report, New Orleans | 314 |
| 39. | Email dated January 29, 2021 @ 9:27 AM CST from Ocean Belt to OLONG HK; Subject: Ocean Belt – Daily Work Report, New Orleans | 315 |
| 40. | Email dated January 29, 2021 @ 11:34 AM CST from Ocean Belt to Capt. Li; Subject: MV Ocean Belt – Pre Stowage Plan with Attachment(s): "OCEAN BELT - VOY016 PRE-STOWAGE PLAN - SF 45.75CBFT-MT .xls"<br><u>Attachment:</u><br>Pre Stowage Plan (Panamax Size Vessel) | 316-317 |

| | | |
|---|---|---|
| 41. | Email dated January 30, 2021 @ 9:25 AM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Daily Work Report, New Orleans | 318 |
| 42. | Email dated January 31, 2021 @ 9:59 AM CST from Ocean Belt to OLONG HK; Subject: Ocean Belt – Daily Work Report, New Orleans with Attachment(s): "V015 备舱进度报告 29-JAN.docx","V015 备舱进度报告 30-JAN.docx"<br><br><u>Attachments:</u><br>Photographs | 319-322 |
| 43. | Email dated February 1, 2021 @ 9:18 AM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Daily Work Report, New Orleans with Attachment(s): "V015 备舱进度报告 31-JAN.docx"<br><br><u>Attachments:</u><br>Photographs | 323-325 |
| 44. | Email dated February 1, 2021 @ 9:04 PM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Docs to Crew, Jan. 2021 Attachment(s): "CREW.rar"<br><br><u>Attachments:</u><br>Shipboard Training Record – January 16th 2021 (1800-1830)<br>Shipboard Training Record – January 20th 2021 (1800 – 1830)<br>Shipboard Training Record – January 20th 2021 (1830 – 1900)<br>Shipboard Training Record – January 30, 2021 (1810-1835)<br>Shipboard Training Record – January 20, 2021 (1800-1900) | 326-331 |
| 45. | Email dated February 1, 2021 @ 9:05 PM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Docs to Biz, Jan. 2021 with Attachment(s): "BIZ.rar"<br><br><u>Attachments:</u><br>Record of Ballast Water Operations<br>Ballast Water Handling Log (no date)<br>Ballast Water Handling Log (January 19, 2021) | 332-335 |

| | | |
|---|---|---|
| 46. | Email dated February 1, 2021 @ 9:10 PM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Docs to Tech, Dec. 2020 with Attachment(s): "TECH.rar"<br><br><u>Attachments:</u><br>No Title (Spreadsheet)<br>M/V Ocean Belt E/R Chemical Remain Record<br>No Tile (Spreadsheet)<br>Monthly Abstract of Engine Room Log Books January 2021<br>Bengine Maintenance Report for January 2021 (Ma Xiangao – Chief Engineer/Zhong Xuexing – Engineer)<br>Boiler Water & Jacket Water Treatment Report 2021<br>Deck Maintenance Report (P/2) for January 2021<br>LUB. Oil Consumption Report January 31, 2021<br>Engine Maintenance Report January 2021<br>Radio and ENA Equipment Monthly Report January 31, 2021<br>Shipboard Maintenance Plan (Deck) January 31, 2021<br>Shipboard Maintenance Plan (Engine)<br>Critical Machinery and Equipments Monthly Checklist January 31, 2021<br>Monthly Summary of Shipboard Damage/Defects Report January 31, 2021 | 336-383 |
| 47. | Email dated February 1, 2021 @ 9:10 PM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Docs to DP, Jan. 2021 with Attachment(s): "DP.rar"<br><u>Attachments:</u><br>SMS Manual and Procedure Study Record January 20, 2021 (1810 – 1900)<br>Shipboard Safety and Hygiene Meeting January 21, 2021<br>Monthly Summary of Shipboard Damage/Defects Report January 31, 2021 | 384-387 |
| 48. | Email dated February 1, 2021 @ 9:11 PM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Docs to MSD, Jan. 2021 with Attachment(s): "MSD.rar"<br><br><u>Attachments:</u><br>Emergency Exercise and Drills | 388-393 |
| 49. | Email dated February 2, 2021 @ 8:46 AM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Daily Work Report, New Orleans with Attachment(s): "V015 备舱进度报告 01-FEB.docx"<br><u>Attachments:</u><br>Photographs | 394-396 |

| | | |
|---|---|---|
| 50. | Email dated February 3, 2021 @ 9:17 AM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Daily Work Report, New Orleans | 397 |
| 51. | Email dated February 4, 2021 @ 9:37 AM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Daily Work Report, New Orleans | 398 |
| 52. | Email dated February 5, 2021 @ 9:04 AM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Daily Work Report, New Orleans | 399 |
| 53. | Email dated February 6, 2021 @ 8:44 AM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Daily Work Report, New Orleans with Attachment(s): "V015 备舱进度报告 04-FEB.docx","V015 备舱进度报告 05-FEB.docx"<br><br><u>Attachments:</u><br>Photographs | 400-404 |
| 54. | Email dated February 7, 2021 @ 9:04 AM CST from Ocean Belt to OLONG HK; Subject: MV Ocean Belt – Daily Work Report, New Orleans with Attachment(s): "V015 备舱进度报告 06-FEB.docx"<br><br><u>Attachments:</u><br>Photographs | 405-409 |
| 55. | Email dated February 8, 2021 @ 10:13 AM CST from Ocean Belt to OLONG HK; Subject: OCEAN BELT-Completed Discharge and Shifting Grand View Anchorage Report attachment(s): "Water Dischage Permit.pdf","Draft Survey Report.pdf","OCEAN BELT – Check List For Ballasting Operation.pdf","OCEAN BELT S-0503-BCCCARGO Handling Check List.pdf"<br><br><u>Attachments:</u><br>Draft Survey Report<br>Check list for Ballasting Operations<br>Cargo Handling Check List<br>BIS Construction and Ship Services Wash Water Discharge Permit | 410-423 |

56. Deposition Transcript of Joseph Trigleth taken on December 4, 2024 in *Joseph Trigleth v. Ocean Belt Maritime, Inc., et al.,* United States District Court Eastern District of Louisiana, Civil Action No. 2:23-cv-00065, with Exhibits 1-16:

- Ex. 1 - Lincoln National claims list;
- Ex. 2 – Documents from OWCP (OWCP-000006)
- Ex. 3 – LinkedIn Profile
- Ex. 4 – Incident Report (Ocean Belt -000001)
- Ex. 5 – Vessel Supervisor (Cooper Consolidated – 000100-000101)
- Ex. 6 – Lincoln Financial Group, Activities Questionnaire (LNLIC-00094-000099)
- Ex. 7 – 2018 State Tax Return
- Ex. 8 – Ocean Belt Visitor Log – January 25, 2021 through February 9, 2021
- Ex. 9 – Port Log/Statement of Facts (Ocean Belt-000185-000203)
- Ex. 10 – Deck Logs (Ocean Belt-000212-229)
- Ex. 11 – Cooper Consolidated, LLC Daily Operations Logs (Cooper Consolidated-00001-000045)
- Ex. 12 – Photographs (18) of area around vessel, and interior of vessel (Plaintiff's photographs 1-18)
- Ex. 13 – Annotated Vessel and Hold Diagram
- Ex. 14 – Photograph of M/V Ocean Belt
- Ex. 15 – Email dated March 30, 2021 from Robert Boswell to Byron Borne; Subject: FW: Jody Trigleth Photographs (Cooper Consolidated-000095-000098)
- Ex. 16 – Zoomed-in, close up shot of Exhibit 14

57. The Lincoln National Life Insurance Company Subpoena response and documents (DEF-JT-LNLIC-000001 – 663)

58. U.S Department of Labor – Employee's Claim for Compensation

59. Any and all records and/or documents relied upon by Dr. Kenneth Boudreaux in preparation of expert report(s) of plaintiff, Joseph Trigleth

60. Any and all records and/or documents relied upon by Stacie Nunez, MHS, CRC, CLPC in preparation of expert report(s) of plaintiff, Joseph Trigleth

61. Any and all records and/or documents relied upon by Dr. Charles G. Haddad, Jr. in preparation of expert report(s) of plaintiff, Joseph Trigleth

62. Any and all records, photographs, and/or documents relied upon by Mr. Sanjeev Kumar Gupta, Capt. Gajanan Karanjikar, Capt. Nan Oo, and other personnel of FMC International LLC in preparation of expert report(s) of plaintiff, Joseph Trigleth

63. Photographs and/or videos from January 17, 2025 joint inspection of M/V OCEAN BELT

64. Text conversations between Plaintiff and Joe Neck from December 9, 2020 to February 1, 2021

65. Plaintiff's Social Security Earnings Record 2013 - 2023

66. Cooper Consolidated Vessel Stow Plan

67. M/V OCEAN BELT plans and diagrams

68. Any and all photographs taken by Plaintiff aboard the OCEAN BELT and/or relating in any way to his presence on the OCEAN BELT in 2021.

69. Medical records and bills of Gulf Coast Occupational Medicine, Inc.
3919 West Airline Highway, Ste. D
Reserve, Louisiana 70084

70. Medical records and bills of Bone & Joint Clinic of Baton Rouge
7301 Hennessy Blvd., Ste. 200
Baton Rouge, Louisiana 70808

71. Medical records and bills of Orthopaedic Surgery Center, LLC
7301 Hennessy Blvd., Ste. 100
Baton Rouge, Louisiana 70808

72. Medical records and bills of Star Physical Therapy
82205 Highway 25
Folsom, LA 70437-6123

73. Medical records and bills of BenchMark Physical Therapy
1092 Hampton Inn Way Unit 500
Jacksonville, North Carolina 28546

74. Medical records and bills of Carolina Center for Surgery
Orthopaedics and Spine
3714 Guardian Avenue, Ste. E
Morehead City, NC 28557

75. Medical records and bills of EmergeOrtho
Dr. Garlon Campbell
534 N. 35th St.
Morehead City, NC 28557

76. Medical records and bills of Rehabilitation Medicine Services, PC
1914 Meeting CT
WILMINGTON, NC 28401

77. Medical records and bills of Duke University Health System
P.O. Box 3016
Durham, North Carolina 27710

78. Medical records and bills of Carteret Healthcare
3500 Arendell St
Morehead City, NC 28557

79. Medical records and bills of Carteret Healthcare
3500 Arendell St
Morehead City, NC 28557

80. Medical records and bills of Walgreen Company
Record Custodian #700
P.O. Box 4039
Danville, IL 61832-4039

81. Medical records and bills of North Oaks Health System
15790 Paul Vega, MD, Drive
Hammond, Louisiana 70403

82. Medical records and bills of Star Medical Clinic PLLC
461 Western Blvd., Ste. 122
Jacksonville, NC 28546

83. OWCP/DLHWC records (OWCP-DLHWC-000001 to 000148)

84. Louisiana Department of Revenue Tax Transcripts 2018, 2019, 2020, and 2021

85. Internal Revenue Service Tax Transcripts 2018, 2019, 2020, and 2021

86. Cooper Consolidated Ship Mooring Terminal Tariff (Revised 6-15-20)

87. Cooper Consolidated Predischarge Terms – Prevention of Accidents
Document signed 1/25/2021

88. Cooper Consolidated Bulk Commodity Transfer Agreement (signed 1/10/2022)

89. Cooper Consolidated LLC Subpoena response and documents (CooperConsolidated-000001 – 101)

90. E-mail correspondence exchanged with Starlett Cigler of The Cooper Group regarding subpoena response

91. Any and all diagnostic studies of plaintiff

92. Documents to rebut, impeach, or refute the statements or opinions of any witness and/or expert offered by Plaintiff, including without limitation prior deposition testimony and expert reports in other proceedings

93. Any exhibits identified in Plaintiff's Exhibit List that are admissible/unobjected to by Plaintiff

94. All discovery responses from any party to this proceeding

95. Any pleading, motion, memorandum, exhibit or order filed in the Record in this matter

96. Any stipulation filed in this matter

97. Any expert report exchanged by Plaintiff in this case

98. Any document produced by any person in response to discovery or subpoenas issued in this case

99. Any document identified in or attached as an exhibit to any deposition taken or to be taken in this case

100. Demonstrative exhibits illustrating evidence from witness testimony

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

BY: /s/ *Lauren E. Burk*
Christopher M. Hannan (Bar No. 31765) (TA)
Dawei Zhang (Bar No. 20037)
Lauren E. Burk (Bar No. 34470)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

Email: channan@bakerdonelson.com
dzhang@bakerdonelson.com
lburk@bakerdonelson.com

**ATTORNEYS FOR OCEAN BELT MARITIME, INC. AND OCEAN LONGEVITY SHIPPING & MANAGEMENT CO., LTD.**